# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:10-cr-539-CEH-TGW

JASON CLYATT HERNDON

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.82), entered June 9, 2022, a Final Revocation Hearing is scheduled for July 19, 2022 at 11:30 AM before the undersigned.

**DONE and ORDERED** in Tampa, Florida this 5th day of July 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services